William P. Frank
Lauren E. Aguiar
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x

SOCPROP S.à.r.l.,

        Plaintiff,

- against –

Aero Toy Store, LLC

        Defendant.

------------------------------------x

08 Civ. _____

**RULE 7.1 DISCLOSURE STATEMENT**

Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure and Local Civil Rule 1.9 of the Rules of the United States District Court for the Southern District of New York, and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiff SOCPROP S.à.r.l. ("SOCPROP"), by its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, states that it has no parent corporation, and that no publicly held corporation owns 10 percent or more of SOCPROP's stock.

Dated:   New York, New York
        February 3, 2009

SKADDEN, ARPS, SLATE,
MEAGHER & FLOM LLP

By: William P. Frank
Lauren E. Aguiar
Four Times Square
New York, New York 10036
212-735-3000
Attorneys for Plaintiff