UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------x

SOCPROP S.à.r.l.,

        Plaintiff,

   - against –

Aero Toy Store, LLC

        Defendant.

------------------------------x

09 Civ. 00955

PLAINTIFF SOCPROP S.A.R.L.'s
AFFIDAVIT REGARDING THE
CITIZENSHIP OF EACH OF ITS
MEMBERS



Honoraires: 250.-

NUMÉRO 72332

<u>ATTESTATION (AFFIDAVIT) EN BREVET DU 25 MAI 2009</u>

In the year two thousand and nine.

On the twenty-fifth of May.

Before Maître Jean **SECKLER**, notary residing at Junglinster, Grand-Duchy of Luxembourg.

### APPEARED:

Mr. Cornelius **BECHTEL**, consultant, residing professionally at L-1420 Luxembourg, 5, avenue Gaston Diderich,

being duly sworn, deposes and says:

1. I am the Manager of Plaintiff **SOCPROP S.A R.L. ("SOCPROP")** and have personal knowledge of the facts set forth in this Affidavit. I submit this Affidavit in response to the Order of Magistrate Judge Gabriel W. **GORENSTEIN** dated April 23, 2009 requiring Plaintiff to submit an affidavit showing the citizenship of each of its members.

2. **SOCPROP** is a private limited liability company organized under the laws of Luxembourg with its principal place of business at 5, avenue Gaston Diderich, L-1420 Luxembourg, and is registered with the Luxembourg trade register under number B81623.

3. The sole shareholder and member of **SOCPROP** is **Incoterm Holding S.à.r.l. ("Incoterm")** a private limited liability company incorporated under the laws of Luxembourg.

4. **Incoterm** is registered with the Luxembourg trade register under number B81477 and has its registered office at 5, avenue Gaston Diderich, L-1420 Luxembourg.

**WHEREOF** the present notarial deed was drawn up at Luxembourg on the day mentioned at the beginning of this document.

The document having been read to Mr. Cornelius **BECHTEL**, he sworned and signed together with the notary the present original deed.

<u>Suit la traduction française du texte qui précède:</u>

L'an deux mille neuf.

Le vingt-cinq mai.

Pardevant Maître Jean **SECKLER**, notaire de résidence à Junglinster,

1

Grand-Duché de Luxembourg.

## A COMPARU:

Monsieur Cornelius BECHTEL, conseil, demeurant professionnellement à L-1420 Luxembourg, 5, avenue Gaston Diderich, étant sous serment, déclare et dépose:

1. Être le gérant de la Partie Civile **SOCPROP S.A R.L.** ("**SOCPROP**") et connaître personnellement les faits confirmés par la présente déclaration. Je dépose la présente déclaration suivant la requête du Juge Gabriel W. **GORENSTEIN** en date du 23 avril 2009 demandant à la Partie Civile de soumettre une déclaration confirmant la citoyenneté de tous ses membres et associés.

2. **SOCPROP** est une société à responsabilité limitée régie par le droit Luxembourgeois ayant son siège social à 5, avenue Gaston Diderich, L-1420 Luxembourg, et enregistré au Registre de Commerce et des Sociétés de Luxembourg sous le numéro B81623.

3. Le seul associé de **SOCPROP** est **Incoterm Holding S.à r.l.** ("**Incoterm**"), une société à responsabilité limitée incorporée sous droit Luxembourgeois.

4. **Incoterm** est enregistré au Registre de Commerce et des Sociétés de Luxembourg sous le numéro B81477et a son siège social à 5, avenue Gaston Diderich, L-1420 Luxembourg.

**DONT ACTE**, fait et passé à Luxembourg, date qu'en tête des présentes.

Et après lecture faite à Monsieur Cornelius BECHTEL, il a juré et signé avec le notaire le présent acte.



Enregistré à Grevenmacher, le 26 mai 2009
Relation : GRE/2009/1921
Reçu douze euros
12,00 €

Le Receveur,

2

NUMÉRO

### ATTESTATION (AFFIDAVIT) EN BREVET DU 25 MAI 2009

In the year two thousand and nine.

On the twenty-fifth of May.

Before Maître Jean **SECKLER**, notary residing at Junglinster, Grand-Duchy of Luxembourg.

### APPEARED:

Mr. Cornelius **BECHTEL**, consultant, residing professionally at L-1420 Luxembourg, 5, avenue Gaston Diderich,

being duly sworn, deposes and says:

1. I am the Manager of Plaintiff **SOCPROP S.A R.L.** ("**SOCPROP**") and have personal knowledge of the facts set forth in this Affidavit. I submit this Affidavit in response to the Order of Magistrate Judge Gabriel W. **GORENSTEIN** dated April 23, 2009 requiring Plaintiff to submit an affidavit showing the citizenship of each of its members.

2. **SOCPROP** is a private limited liability company organized under the laws of Luxembourg with its principal place of business at 5, avenue Gaston Diderich, L-1420 Luxembourg, and is registered with the Luxembourg trade register under number B81623.

3. The sole shareholder and member of **SOCPROP** is **Incoterm Holding S.à.r.l.** ("**Incoterm**") a private limited liability company incorporated under the laws of Luxembourg.

4. **Incoterm** is registered with the Luxembourg trade register under number B81477 and has its registered office at 5, avenue Gaston Diderich, L-1420 Luxembourg.

**WHEREOF** the present notarial deed was drawn up at Luxembourg on the day mentioned at the beginning of this document.

The document having been read to Mr. Cornelius **BECHTEL**, he sworned and signed together with the notary the present original deed.

### Suit la traduction française du texte qui précède:

L'an deux mille neuf.

Le vingt-cinq mai.

Pardevant Maître Jean **SECKLER**, notaire de résidence à Junglinster,

1

Grand-Duché de Luxembourg.

## A COMPARU:

Monsieur Cornelius **BECHTEL**, conseil, demeurant professionnellement à L-1420 Luxembourg, 5, avenue Gaston Diderich, étant sous serment, déclare et dépose:

1. Être le gérant de la Partie Civile **SOCPROP S.A R.L.** ("**SOCPROP**") et connaître personnellement les faits confirmés par la présente déclaration. Je dépose la présente déclaration suivant la requête du Juge Gabriel W. **GORENSTEIN** en date du 23 avril 2009 demandant à la Partie Civile de soumettre une déclaration confirmant la citoyenneté de tous ses membres et associés.

2. **SOCPROP** est une société à responsabilité limitée régie par le droit Luxembourgeois ayant son siège social à 5, avenue Gaston Diderich, L-1420 Luxembourg, et enregistré au Registre de Commerce et des Sociétés de Luxembourg sous le numéro B81623.

3. Le seul associé de **SOCPROP** est **Incoterm Holding S.à r.l.** ("**Incoterm**"), une société à responsabilité limitée incorporée sous droit Luxembourgeois.

4. **Incoterm** est enregistré au Registre de Commerce et des Sociétés de Luxembourg sous le numéro B81477et a son siège social à 5, avenue Gaston Diderich, L-1420 Luxembourg.

**DONT ACTE**, fait et passé à Luxembourg, date qu'en tête des présentes.

Et après lecture faite à Monsieur Cornelius **BECHTEL**, il a juré et signé avec le notaire le présent acte.





GRAND-DUCHÉ DE LUXEMBOURG
Ministère des Affaires étrangères

## APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1. Pays: Grand-Duché de Luxembourg
Le présent acte public
2. a été signé par Seckler, Jean
3. agissant en qualité de Notaire
4. est revêtu du sceau / timbre de Office notarial, Junglinster

Attesté

5. à Luxembourg      6. le 25/05/2009
7. par Ministère des Affaires Etrangères et de l'immigration
8. sous n° **1001090525829438**
9. Sceau / timbre      10. Signature

Paul Kirtz
Inspecteur Principal
Bureau des Passeports,
Visas et Légalisations



GRAND-DUCHÉ DE LUXEMBOURG
Ministère des Affaires étrangères