William P. Frank
Lauren E. Aguiar
Colm P. McInerney
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
Four Times Square
New York, New York 10036-6522
(212) 735-3000
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------x
SOCPROP S.à.r.l.,

    Plaintiff,

  - against –

Aero Toy Store, LLC

    Defendant.
----------------------------------------x

09 Civ. 00955 (BSJ) (GWG)
ECF Case (Electronically Filed)

**SUPPLEMENTAL RULE 7.1
DISCLOSURE STATEMENT**

  Pursuant to Rule 7.1(a) of the Federal Rules of Civil Procedure, Plaintiff SOCPROP S.à.r.l. ("SOCPROP"), by its attorneys, Skadden, Arps, Slate, Meagher & Flom LLP, states as follows:

  1. SOCPROP is 100%-owned by Incoterm Holdings S.à.r.l. ("Incoterm"), a company organized under the laws of Luxembourg.

  2. Incoterm is 100%-owned by Dionex International Corporation, a company registered in the British Virgin Islands.

Dated:     New York, New York                SKADDEN, ARPS, SLATE,
           August 21, 2009                      MEAGHER & FLOM LLP

                                             ___/s/ Lauren Aguiar___
                                             By:  William P. Frank
                                             (William.Frank@skadden.com)
                                             Lauren E. Aguiar
                                             (Lauren.Aguiar@skadden.com)
                                             Colm P. McInerney
                                             (Colm.McInerney@skadden.com)
                                             Four Times Square
                                             New York, New York 10036
                                             212-735-3000
                                             Attorneys for Plaintiff