```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
                                    :
SOCPROP S.a.r.l.,                   :
                                    :    09 CV 955 (BSJ)
              Plaintiff,            :
                                    :    ORDER
         v.                         :
                                    :
Aero Toy Store, LLC,                :
                                    :
              Defendant.            :
                                    :
------------------------------------X
                                    :
Bombardier Inc. and Bombardier      :
Transportation GmbH                 :
                                    :
              Proposed              :
              Intervenors.          :
------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/4/09

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

Before the Court is Bombardier Inc. and Bombardier Transportation GmbH's proposed Motion for Permissive Intervention and Motion to Vacate Letters of Request. Because it appears that the proposed intervenors, Bombardier Inc. and Bombardier Transportation GmbH, have failed to comply with Local Rule 6.1(d), the proposed intervenors are directed to file the motions--which were originally submitted with a proposed order to show cause--in case number 09-cv-955 as motions. The proposed intervenors are further directed to serve their motion papers upon the parties to the action, SOCPROP S.a.r.l. and Aero Toy Store, LLC.

1

The Court is aware that Aero Toy Store, LLC consents to the proposed intervention but SOCPROP S.a.r.l. does not. Therefore, SOCPROP S.a.r.l. must file any opposition to these motions on or before November 25, 2009. Any reply brief by the proposed intervenors must be filed on or before December 7, 2009.

**SO ORDERED:**

BARBARA S. JONES
**UNITED STATES DISTRICT JUDGE**

Dated:   New York, New York
         November 4, 2009