PILLSBURY WINTHROP SHAW PITTMAN LLP
Eric Fishman, Esq.
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Telefax: (212) 858-1500

*Attorney for Bombardier Inc. and*
*Bombardier Transportation GmbH*

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SOCPROP S.a.r.l.,<br><br>    Plaintiff,<br><br>    v.<br><br>Aero Toy Store, LLC,<br><br>    Defendant.<br><br>Bombardier Inc. and Bombardier<br>Transportation GmbH<br><br>    Proposed Intervenors. | 09-CV-955 (BSJ)(GWG)<br>ECF Case Electronically Filed<br><br>**NOTICE OF MOTION TO<br>INTERVENE AND VACATE<br>LETTERS OF REQUEST** |

    PLEASE TAKE NOTICE that upon the Order of the Honorable Barbara S. Jones, dated November 4, 2009, the Memorandum of Law in Support of Proposed Intervenors' Motion for Permissive Intervention and Motion to Vacate Letters of Request, the sworn Affidavits of Bob Horner, Tine Kehler-Hvid, and Professor Vladimir Yarkov, the Affirmation of Eric Fishman, together with Exhibits thereto, including the Intervenors' Proposed Complaint, Bombardier Inc. and Bombardier Transportation GmbH, by and through its attorneys, will move this Court, before

the Honorable Barbara S. Jones, U.S.D.J., United States Courthouse, 500 Pearl Street, New York, New York, 10007, for the entry of an Order granting Proposed Intervenors permission to intervene pursuant to Fed. R. Civ. P. 24(b) and to vacate the Letters of Request in the above-captioned action.

PLEASE TAKE FURTHER NOTICE that opposition, if any, is to be filed on or before November 25, 2009, and that any reply brief must be filed on or before December 7, 2009.

Dated: New York, New York
November 4, 2009

Respectfully submitted,

PILLSBURY WINTHROP SHAW PITTMAN LLP

Eric Fishman, Esq.
1540 Broadway
New York, New York 10036
Telephone: (212) 858-1000
Telefax: (212) 858-1500

Attorney for Proposed Intervenors
*Bombardier Inc. and Bombardier Transportation GmbH*