

"Paul Heagren" <PaulHeagren@MillhouseCapital.co.uk>

08/08/2008 10:33 AM

To <bob.horner@aero.bombardier.com>

cc

bcc

Subject XRS

History: This message has been replied to.

Hi Bob

We accept your terms for additional compensation – please can you arranged for these to be put in writing to us.

I am drafting an amendment for ATS store and hope there will not be an issue for them to sign this

I would also welcome your personal involvement to ensure as far as possible the current October date for delivery is met

Regards

***Paul Heagren***
***Tele - 0044 207 958 2808***
***Fax - 0044 207 958 2887***
***Mob - 0044 7905 503354***

***This is to confirm that we have changed our name to MHC (Services) Ltd - all other details remain the same***